IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3034 |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| STEVEN MILES SULLIVAN, | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Cheryl R. Zwart on August 17, 2011 (filing 38). Judge Zwart recommends that the defendant's motion to dismiss (filing 25) and motion to suppress (filing 27) both be denied in their entirety. The defendant has filed a statement of objections (filing 39) to the findings and recommendation regarding the motion to dismiss, but he has not objected to the findings and recommendation regarding the motion to suppress. The matter is now ripe for decision under 28 U.S.C. § 636(b)(1).

I find and conclude after de novo review that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted, and the defendant's motions will be denied.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 38) are adopted.

2. The defendant's statement of objections (filing 39) is denied.

3. The defendant's motion to dismiss (filing 25) is denied.

4. The defendant's motion to suppress (filing 27) is denied.

September 7, 2011. BY THE COURT:

*Richard G. Kopf*
United States District Judge