IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3034 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STEVEN MILES SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly moved to continue the trial currently set for November 21, 2011. (Filing No. 43.) As explained in the motion, the parties are currently engaged in earnest plea negotiations and need additional time to complete those discussions and determine if a trial is necessary. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The parties' motion to continue, (filing no. 43), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on December 12, 2011, or as soon thereafter as the case may be called, for a duration of two (2) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the parties' motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and December 12, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 16th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge