IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3067 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| V. | ) | AND ORDER |
| | ) | |
| MARK A. SKODA, | ) | |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CR3034 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STEVEN MILES SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named defendants are both set for trial before the undersigned commencing on December 12, 2011. Since both defendants are likely to proceed to trial, the undersigned held a conference call with counsel. With their agreement,

IT IS ORDERED that:

(1)  Defendant Mark Skoda's trial is set to start on Monday, December 12, 2011, at 9:00 a.m., for five days.

(2)  Defendant Steve Sullivan's trial is set to start on Tuesday, December 20, 2011, at 9:00 a.m., for two days.

(3) The time between today's date and Defendant Sullivan's new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 6th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge