IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3034 |
| | ) | |
| V. | ) | |
| | ) | |
| STEVEN MILES SULLIVAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for new trial (filing 69) and renewed motion for judgment of acquittal (filing 70) are denied.

DATED this 12th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge